## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACI-SCC JV, et. al.<br>through their Trustee, Arwand Road<br>and Construction Company,<br>       Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA,<br>       Defendant | Case No. 1:17-cv-01749-TCW<br><br>Judge Thomas C. Wheeler |

## REQUEST FOR JUDICIAL NOTICE

Plaintiffs, through their Trustee, Arwand Road and Construction Company, and its attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1.      Exhibit 2. The DUNS number of Advanced Constructors International LLC ("ACI") is 82-9701627. 2 C.F.R. § 200.32 provides:

> Data Universal Numbering System (DUNS) number.
>
> DUNS number means the nine-digit number established and assigned by Dun and Bradstreet, Inc. (D&B) to uniquely identify entities. A non-Federal entity is required to have a DUNS number in order to apply for, receive, and report on a Federal award. A DUNS number may be obtained from D&B by telephone (currently 866–705–5711) or the Internet (currently at http:// fedgov.dnb.com/webform).

2.      Exhibit 4. That the website, FPDS.gov, known as the Federal Procurement Data System – Next Generation is a website owned and maintained by the U.S. General Services Administration, and that the information reported on that

website is a reliable report of information from the United States.

3. Exhibit 5. The DUNS number 12-3456787 is identified as Miscellaneous Foreign Awardees with an address of 1800 F Street, N.W., Washington, D.C. 20045. The General Services Administration has its office at this address.

4. Exhibit 9. The Appeal Event Report, also known as the docket report, of the Armed Services Board of Contract Appeals ("ASBCA") for ACI appeal numbers 58604, 58739, 58740, and 58741.

5. Exhibit 11. Statement of the Delaware Secretary of State that ACI-SCC JV LLC, a Delaware limited liability company, had its legal authority to operate forfeited on May 7, 2015.

6. Exhibit 12. ASBCA memorandum of a call on September 9, 2015.

7. Exhibit 13. Delaware Secretary of State certification that ACI, a Delaware limited liability company, was no longer in existence on September 23, 2015.

8. Exhibit 14. ASBCA Order of Dismissal dated October 8, 2015 related to ACI appeal numbers 58604, 58739, 58740 and 58741.

9. Exhibits 16. Complaint filed on May 3, 2016 in the United States District Court for the District of Delaware by Arwand against ACI-SCC JV, ACI-SCC JV LLC and ACI.

10. Exhibit 21. November 9, 2016 Order of the United States District Court for the District of Delaware.

11. Exhibit 23. Arwand's ASBCA petition in appeal 61023-977.

12. Exhibit 24. ASBCA Dismissal Order in appeal 61023-977.

13. Exhibit 25. Delaware Court of Chancery Order appointing Arwand as Trustee of ACI-SCC JV, ACI-SCC JV LLC and ACI date July 14, 2017.

November 30, 2017

/s Walt Pennington

Walt Pennington
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
+1 619 940 6157
wpennington@pennfirm.com

*Attorney for Plaintiffs, ACI-SCC JV, ACI-SCC JV, LLC and Advanced Constructors International LLC through their Trustee, Arwand Road and Construction Company*