# Exhibit 2



# Can't Find Your Company? Add it Now or Call 1.800.700.2733

## Advanced Constructors International Llc

3422 Old Capitol Trl Ste 556
Wilmington, DE 19808-6124

Single Location

DUNS NUMBER 82-9701627

## Your Requested D&B D-U-N-S® Number

**no-reply-support@dnb.com** <no-reply-support@dnb.com>  Sat, Jul 18, 2015 at 8:00 AM
Reply-To: no-reply-support@dnb.com
To: walt.pennington@pennfirm.com



Dear Walt Pennington,

The following is the DUNS number for ADVANCED CONSTRUCTORS INTERNATIONAL LLC:

**DUNS number:** 829701627

Check out D&B's full line of credit reports available on this company

We would like to offer you a 10% discount on your next purchase when you purchase more than $100. To take advantage of this discount please apply discount code **dunslookup** at the time of purchase.
Note : Discount is only applicable to US based reports.

If you have any problems or questions about your reports, please don't hesitate to call us at (855) 457-1670. We are here to help you with credit information needs i.e., running credit reports on other companies.