# Exhibit 3



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
441 G STREET, NW
WASHINGTON, D.C. 20314-1000

REPLY TO
ATTENTION OF

AUG 1 0 2015

Directorate of Contracting

Mr. Walt Pennington
3302 30th Street
San Diego, California 92104-4535

Dear Mr. Pennington,

I have been asked to respond on behalf of Secretary of Defense Ashton Carter to your July 8, 2015 letter concerning payment bonds for Contract Number W5J9JE-10-D-0017, Task Order 0013. I am unable to provide you the requested payment bond information as all bonding was waived for that contract.

Contract Number W5J9JE-10-D-0017, Task Order 0013, was awarded on March 6, 2011, by the Transatlantic Afghanistan South District, to ACI-SCC JV, for a total of $7,782,075.00. No final payment was made as the prime contractor was terminated for default on October 9, 2012.

The contractor was not required to furnish performance and payment bonds for this contract consistent with the application of the Miller Act overseas. Waiving performance and payment bonds for contracts with performance in Afghanistan has been a common practice as much of the industry is unable to obtain bonding.

If you require any further information, my point of contact is Ms. Janet O'Meara at (703) 428-6012.

.

Sincerely,

STUART A. HAZLETT
Director of Contracting