# Exhibit 5



# Can't Find Your Company? Add it Now or Call 1.800.700.2733

## Miscellaneous Foreign Awardees

1800 F St Nw
Washington, DC 20405-0001
(703) 605-3406

Single Location

DUNS NUMBER 123456787