# Exhibit 6



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
TRANSATLANTIC DISTRICT - SOUTH
Herat Resident Office, Camp Stone
APO AE 09382

June 21, 2012

REPLY TO
ATTENTION OF

CETAS-EC-CH-H                                                                 Serial Letter No. C-0037

ACI-SCC (JV)
Ghousuddin Frotan
Building # 117, Near Sector 4
Kalola Poshta
Kabul, Afghanistan

Subject:  **Disapproval of Pay Estimate # 21** - Contract No. W5J9JE-10-D-0017 0013, *ANA Utilities Upgrade*, Heart, Afghanistan

Gentlemen,

Pay request # 21 for contract number W5J9JE-10-D-0017 0013, received on 17 June 2012 is hereby rejected due to it not being a "proper" invoice as defined in the FAR 52.232-5 "payments Under Fixed-Price Construction Contracts". The following item(s) is missing and needs to be corrected before the request can be resubmitted and considered proper for processing:

1) In accordance with FAR 52.232-5, (b), (1) (v)

   (v) Additional supporting data in a form and detail required by the Contracting Officer.

   Provide evidence that the amounts listed as due to subcontractors on your previous Progress Payments has actually been disbursed.

   Provide a report that reconciles the amounts billed to USAE via Progress Payment Requests against the actual amount paid to each subcontractor. Submit this report in the format of enclosure (1).

   Provide a payment plan, aPbroved by the subcontractor, that clearly outlines how any outstanding amount payable to the subcontractor will be paid in full.

*NOTE:* Complaints of nonpayment by subcontractors have taken up a substantial amount USACE resources just in listening to the complaints. Contractors have left the site, citing nonpayment as the principle reason for walking off the job site. While the Government has not offered an official opinion on the merits of subcontractor/supplier claims against your company, the number of complaints is indicative of a problem that requires a response from ACI-SCC (JV)'s corporate offices

Subject: Lack of Progress#3 - Contract No. W5J9LE-10-D-0017 0013, *ANA Utilities Upgrade*, Herat

Please correct the aforementioned issue and resubmit the complete invoice and pertinent items. If you have further questions please contact Sam Lowery, Project Engineer at samuel.lowery@usace.army.mil or Mike Fellenz at Michele.R.Fellenz@usace.army.mil.

Sincerely,

EDWARD A. BODDIE,
Contracting Officer

*Enclosure (1) Subcontractor Payment Reconciliation*

Please acknowledge receipt of this letter and return to edward.a.boddie@usace.army.mil

### CONTRACTOR ACKNOWLEDGEMENT: SERIAL LETTER C-0037

Disapproval of Pay Estimate # 21 - Contract No. W5J9JE-10-D-0017 0013, *ANA Utilities Upgrade*, Heart, Afghanistan

DATE: _____

I hereby acknowledge receipt of this Disapproval of Pay Estimate #21 and I understand what documentation is required to resubmit the Progress Payment.

CONTRACTOR/COMPANY NAME:

_____

PRINT NAME/TITLE:

_____

SIGNATURE:

_____

2