# Exhibit 9

Run Date: 06/23/17 at 9:32 AM                          Page   1

        Armed Services Board of Contract Appeals
           Appeal Event Report

BCA 58604

  Appeal of --

  Advanced Constructors International, LLC


Current Status -      Disposed  10/08/2015

Foreign or Non-Conus Appeal Location - AFGHANISTAN



Lead Appeal BCA 58604     consolidated with BCA 58739
                             BCA 58740
                             BCA 58741

Contract(s): W5J9LE-11-C-0020
Consolidated under a single contract number.

Service - Army Corps of Engineers

Judge Assigned: Elizabeth A. Tunks


Date Appearing on Appellant's Notice of Appeal, (NOA) - 03/22/2013
Date NOA was time stamped received by the ASBCA - 03/25/2013
Date the appeal was docketed, i.e. entered into the tracking system - 03/25/2013
Date NOA acknowledgement sent - 03/25/2013
Rule 4 Due Date - 05/24/2013
Complaint Due Date - 05/01/2013
Respondent's Answer Due Date - 08/29/2013


    ------------ COUNSEL OF RECORD -------------

Advanced Constructors International, LLC - Appellant's counsel:
  Richard L.  Moorhouse, Esq., LEAD, Work (703)749-1304, Fax (703)714-8305
  Greenberg Traurig, LLP
  1750 Tysons Boulevard
  Suite 1200
  McLean, VA  22102

  Notes referencing above address:
    moorhouser@gtlaw.com

  John D.  Altenburg, Esq., CO, Work (202)331-3136
  Greenberg Traurig, LLP
  1750 Tysons Blvd.

Suite 1200
McLean, VA  22102

Notes referencing above address:
   altenburgj@gtlaw.com

Ryan C.  Bradel, Esq., CO, Work (202)533-2387
Greenberg Traurig, LLP
1750 Tysons Blvd.
Suite 1200
McLean, VA  22102

Notes referencing above address:
   bradelr@gtlaw.com


 Government - Respondent's counsel:
  Thomas H.  Gourlay, Jr., Esq., CO, Work (202)761-8542
  Engineer Chief Trial Attorney
  U.S. Army Corps of Engineers
   Attn:  DAEN-CECC-F
  441 G Street, NW
  Washington, DC  20314-1000

  Notes referencing above address:
     thomas.h.gourlay@usace.army.mil

  James D.  Stephens, Esq., LEAD, Work (412)395-7565
  Engineer Trial Attorney
  U.S. Army Corps of Engineers,
   Middle East District
  P.O. Box 2250
  Winchester, VA  22604-1450

  Notes referencing above address:
     james.d.stephens@usace.army.mil

     Cell:  540-514-3416

  Tania  Wang, Esq., CO, Work (540)665-3920
  Engineer Trial Attorney
  U.S. Army Corps of Engineers,
   Middle East District
  P.O. Box 2250
  Winchester, VA  22604-1450

  Notes referencing above address:
     tania.wang@usace.army.mil



      ------- CHRONOLOGICAL EVENT LISTING --------

10/08/2015   Order to Dismiss Settled/Withdrawn
   Event Remarks:
   Dismissed with prejudice. Settled.
   Govt. rec'd on; 10/13/15
   Signed by: David Paxton
   App. rec'd on: 10/13/15
   Signed by: Mariana Leslie

10/06/2015   Motion to Dismiss Settled/Withdrawn - Advanced Co
10/06/2015   Incoming Document Date or Date of Request
   Action = Granted on 10/08/15
   Event Remarks:
   Motion to dismiss with prejudice. Settled.

09/14/2015   Conference Call Memorandum
   Correspondence Addressed to: BOTH
   Event Remarks:
   The government advised that the escrow is now fully funded
   and that the settlement should be wrapped up in 3 or 4
   weeks.

09/09/2015   Conference Call Held
   Correspondence Addressed to: BOTH

05/29/2015   Conference Call Memorandum
   Correspondence Addressed to: BOTH
   Event Remarks:
   re: finalization of settlement

05/29/2015   Conference Call Held

04/17/2015   Conference Call Memorandum
   Correspondence Addressed to: BOTH

04/09/2015   Conference Call Held
   Correspondence Addressed to: BOTH

01/16/2015   Hearing Cancellation Notice Sent
   Correspondence Addressed to: BOTH

01/16/2015   Conference Call Memorandum
   Correspondence Addressed to: BOTH
   Event Remarks:
   re settlement

01/16/2015   Conference Call Held

01/16/2015   Hearing to be set

12/11/2014   Hearing Notice Sent
   Correspondence Addressed to: BOTH
   Event Remarks:
   Govt. rec'd on: 12/15/14
   Signed by: David Paxton

   App. rec'd on: 12/15/14
   Signed by: D. Foster

12/09/2014   Manual Override (Hearing Set - STAT060)
   Judge:  Elizabeth A. Tunks
   Type of Hearing: HEARING set for 03/09/15 at 10:00 A.M.
   Hearing Place:   ARMED SERVICES BOARD OF CONTRACT APPEALS
          SKYLINE SIX --- 5109 LEESBURG PIKE
   City, State: FALLS CHURCH       VA
   Court Reporter:  Neal R. Gross
   Cancelled:    yes

12/05/2014   Conference Call Memorandum
   Correspondence Addressed to: BOTH
   Event Remarks:
   1. Parties agreed to a 5 day hearing at the Board beginning
   9 Mar 15.
   2. Conf call will be held 16 Jan 15, 1100 hours.

12/01/2014   Conference Call Held
   Correspondence Addressed to: BOTH

11/25/2014   Miscellaneous Correspondence - Advanced Construct
11/25/2014   Incoming Document Date or Date of Request
   Event Remarks:
   Via email.  Request for a Status Call.  Hard copy rec'd
   11.26.14.

10/01/2014   Hearing Cancellation Notice Sent
   Correspondence Addressed to: BOTH

09/03/2014   Order to Suspend
   return/tickler date 12/03/14
   Correspondence Addressed to: BOTH
   Event Remarks:
   stayed until 3 December 2014 - see conference call
   memorandum dated 3 September 2014

09/03/2014   Conference Call Memorandum
   Correspondence Addressed to: BOTH
   Event Remarks:
   stayed until 3 December 2014 for settlement
   discussions---hearing set for 10/28/14 is cancelled.

09/03/2014   Hearing to be set

08/29/2014   Conference Call Held

01/23/2014   Order
   Correspondence Addressed to: BOTH
   Event Remarks:
   The schedule submitted by the parties is hereby adopted.

01/22/2014   Hearing Dates Proposed - Advanced Constructors

01/17/2014   Incoming Document Date or Date of Request
  Event Remarks:
  Proposed hearing dates and "Joint Proposed Schedule.
  Hearing dates:
  1. 28 thru 31 Oct 14
  2. 4 thru 6 Nov 14.

01/17/2014   Hearing Dates Proposed - Advanced Constructors
01/17/2014   Incoming Document Date or Date of Request
  Event Remarks:
  Via fax:  Proposed hearing dates and schedule:
  Hearing dates:
  - 28 thru 31 Oct 14 or 4 thru 6 Nov 14

  hard copy rec'd 1/22/14

01/08/2014   Hearing Notice Sent
  Correspondence Addressed to: BOTH
  Event Remarks:
  Govt. rec'd on: 1/10/14
  Signed by: K. Payne
  App. rec'd on: 1/10/14
  Signed by: Derek Foster

12/30/2013   Hearing Schedule
  Judge:  Elizabeth A. Tunks
  Type of Hearing: HEARING set for 10/28/14 at 10:00 A.M.
  Hearing Place:   ARMED SERVICES BOARD OF CONTRACT APPEALS
        SKYLINE SIX --- 5109 LEESBURG PIKE
  City, State: FALLS CHURCH          VA
  Court Reporter:  Neal R. Gross
  Cancelled:      yes

12/16/2013   Conference Call Memorandum
  Correspondence Addressed to: BOTH
  Event Remarks:
  hearing to be held 28-31 October and 4-6 November 2014

12/13/2013   Conference Call Held

11/14/2013   Judge Assignment - Tunks, Elizabeth A.
  Acting Judge(s): Tunks

11/12/2013   Order
  Correspondence Addressed to: APPELLANT
  Event Remarks:
  Re: EAJA

11/05/2013   Hearing Request -  Government
11/05/2013   Incoming Document Date or Date of Request
  Action = awaiting action
  Event Remarks:
  Via email:  Parties proposed hearing dates:
  1. 7 Oct - 10 Oct 14 and 21 Oct 14 - 23 Oct 14

2. 21 Oct - 24 Oct 14 and 28 Oct 14 - 30 Oct 14
3. 28 Oct - 31 Oct 14 and 4 Nov - 6 Nov 14

10/23/2013   Judge Assignment - Kim, Jerry
Acting Judge(s): Kim

10/15/2013   Order to Grant Motion for Ext (Other)
return/tickler date 11/15/13
Event Remarks:
Gov requests a 30 day extension to submit its proposed
hearing dates and proposed date for the conclusion of
discovery is granted.

10/09/2013   Motion for Ext. (Other) -  Government
10/09/2013   Incoming Document Date or Date of Request
Action = Granted on 10/15/13
Event Remarks:
Via email:  Gov requests a 30 day extension to submit its
proposed hearing dates and proposed date for the conclusion
of discovery.

09/09/2013   Order
Correspondence Addressed to: BOTH
Event Remarks:
"Within 30 days of the date of this Order, the parties
shall jointly propose three hearing dates and estimate the
expected length of a hearing." and location

08/26/2013   Answer Filed -  Government
08/26/2013   Incoming Document Date or Date of Request
Event Remarks:
Via email.

07/23/2013   Miscellaneous Correspondence
Correspondence Addressed to: APPELLANT
Event Remarks:
amended complaint in 58604 and complaint  in 58739, 740,
741 forwarded to gov't by appellant

07/23/2013   Amended Complaint - Advanced Constructors
07/23/2013   Incoming Document Date or Date of Request
Event Remarks:
appellant's second complaint in 58604 entered as an amended
complaint in 58604 and a complaint in 58739, 58740, 58741

06/24/2013   Order to Consolidate Appeals
Correspondence Addressed to: BOTH

06/21/2013   Rule 4 Supplement Filed - Advanced Constructors
06/21/2013   Incoming Document Date or Date of Request
Event Remarks:
2 vols. ; tabs 1-16; duplicate and original

05/31/2013   Hearing Request - Advanced Constructors

05/31/2013   Incoming Document Date or Date of Request
   Action = awaiting action
   Event Remarks:
   via fax

05/30/2013   Order to Elect Hearing or Rule 11
   Correspondence Addressed to: BOTH

05/28/2013   Answer Filed -  Government
05/28/2013   Incoming Document Date or Date of Request
   Event Remarks:
   Via email:  Copy forwarded to the appellant via email by government.

05/24/2013   Rule 4 Filed -  Government
05/23/2013   Incoming Document Date or Date of Request
   Event Remarks:
   Vols. 1-10; tabs 1-64

04/25/2013   Complaint Acknowledgement
   Correspondence Addressed to: APPELLANT

04/25/2013   Complaint Filed - Advanced Constructors
04/25/2013   Incoming Document Date or Date of Request
   Event Remarks:
   Copy forwarded to the government via certified mail/return receipt requested by appellant.

04/23/2013   Order to Grant Motion for Ext to File Rule 4
   return/tickler date 05/24/13
   Event Remarks:
   R4 file now due nlt 5/24/13

04/22/2013   Motion for Ext. to File Rule 4 -  Government
04/22/2013   Incoming Document Date or Date of Request
   Action = Granted on 04/23/13
   Event Remarks:
   Via email:  Government request a 30-day extension to file its Rule 4 File.  Appellant has no objection.

03/27/2013   Judge Assignment - Byington, Marilyn L.
   Acting Judge(s): Byington

03/26/2013   Attorney Assigned - Tania Wang, Esq.

03/26/2013   Attorney Assigned - James D. Stephens, Esq.

03/26/2013   Notice of Appearance -  Government
03/26/2013   Incoming Document Date or Date of Request
   Event Remarks:
   Via email:  Notice of appearance for James D. Stephens, Esq. and Tania Wang, Esq.

03/25/2013   Notice of Appeal - Advanced Constructors

03/25/2013   Incoming Document Date or Date of Request

03/25/2013   Docketing Notice
   Correspondence Addressed to: APPELLANT

03/25/2013   Attorney Assigned - Ryan C. Bradel, Esq.

03/25/2013   Attorney Assigned - John D. Altenburg, Esq.

03/25/2013   Attorney Assigned - Richard L. Moorhouse, Esq.

03/25/2013   Attorney Assigned - Thomas H. Gourlay, Jr., Esq.

03/25/2013   Judge Assignment - FOREIGN,
   Acting Judge(s): FOREIGN