# Exhibit 21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARWAND ROAD AND CONSTRUCTION COMPANY<br>    Plaintiff,<br><br>vs.<br><br>ACI-SCC JV, et. al.<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil 1:16-cv-00317-SLR<br>)<br>)<br>)<br>) |

## ORDER OF JUDGMENT PURSUANT TO RULE 55

The defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC, failed to plead or otherwise defend in this action, and on August 2, 2016, default was entered against Defendants.

On November 9, 2016 a hearing was held on the Plaintiff's Motion for Entry of Judgement, and the court reviewed the complaint, service on defendants and Plaintiff's affidavit in support of judgment.

IT IS HEREBY,

FOUND, that the net amount due to the Plaintiff for work invoiced, but not paid is **$772,158.10** ($994,761.10 - $222,603.00).

FOUND, that Arwand completed an additional 15.55% of other work under its contracts with Defendants, that was not invoiced, because the Defendants were not responding to any communication. That work had an agreed contractual value of **$328,231.48 USD**.

FOUND, that Arwand purchased materials and for the project and provided labor and incurred overhead costs in pursuit of work that was underway, but was not part of the invoiced or approved work previously listed above. Arwand supplied materials including rebar and concrete, incurred rental costs for heavy machinery equipment, incurred demobilization costs and transportation costs for its

laborers. Arwand incurred labor costs on the project and administrative costs related to its claim in a total amount of **$240,850.00 USD**. Under the terms of the parties contract and the Federal Acquisition Regulations, Arwand is entitled to a reasonable profit on the terminated part of its work. Arwand seeks a reasonable profit at 20%, which equals **$48,170.00 USD**, of the amounts related to materials and labor for work that was not approved or invoiced.

FOUND, that the claim of the Plaintiff, Arwand Road and Construction Company against the Defendants ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC is for the principal sum of **$1,389,409.58 USD ($772,158.10 + $328,231.48 + $240,850.00 + $48,170.00).**

FOUND, that Plaintiff is entitled to pre-judgment interest on the amounts due from October 7, 2012 at the rate of 5.75% (5 percent over the current federal discount rated as of October 2012), calculated as:

$319,564.20   ([1,389,409.58 * 5.75% x 4 years (Oct 7, 2012 to October 6, 2016)]

$   7,223.03   [1,389,409.58 * 5.75% x 33 days / 365 days (Oct 7 to Nov 9, 2016)]).

**$326,787.23** Total Pre-Judgment Interest

FOUND, that paragraph 22 of the Parties contract of July 26, 2011, provides for attorney's fees and that attorney's fees in the amount of 33.333% are added as costs to the judgment in the amount of **$572,065.60** ([$1,389,409.58 + $326,787.23] x 33.333%).

IT IS HEREBY ORDERED,

That JUDGMENT be entered in favor of the Plaintiff, Arwand Road and Construction Company, against Defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC in the following amounts:

**$2,288,262.11** ($1,389,409.58 USD + $326,787.23 + $572,065.60)

**$700.00** in costs that includes the court filing fee of $400.00 plus $50 for service fee demanded by the Delaware Secretary of State for each of the six documents (summons and complaint and supplemental service), for a total of $300.00.

Post-judgment interest at the legal rate of 5.62%

IT IS FURTHER ORDERED, that all Defendants' rights related to contract W5J9JE-10-D-0017 with the United States Government are hereby assigned and transferred to Plaintiff, including Defendants' rights to recover Defendant's amounts due, challenge any termination for default, file a Certification of Claim for the benefit of Defendants or Plaintiff, the right to assert subcontractor claims for the benefit of Plaintiff as a subcontractor, all "flow-through" rights, the right to file a Claim arising from the contract in the name of Defendants or Plaintiff, the right to appeal any award or denial of the claim and any ancillary or necessary rights to enforce the assigned rights are hereby transferred from Defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors

Date _____November 9_____, 2016


_____
Honorable Sue L. Robinson
Judge
United States District Court for the District of Delaware