# Exhibit 22

ARWAND ROAD AND CONSTRUCTON COMPANY
HERAT, AFGHANISTAN

# CERTIFICATION AND AFFIDAVIT OF
# ARWAND ROAD AND CONSTRUCTON COMPANY

*Arwand Road and Construction Company, through the appointment by the US District Court for the District of Delaware to act on behalf of ACI-SCC JV here by asserts its claim for $2,288,962.11 USD plus interest at 5.62% per annum after November 9, 2016 for non-payment for services completed for ACI-SCC JV on Contract Number W5J9JE-10-D-0017.*

## SUMMARY

1    The US Army Corps of Engineers hired ACI-SCC JV to perform work on contract W5J9JE-10-D-0017. ACI-SCC JV hired Arwand Road and Construction Company (hereafter "Arwand") to perform services. Arwand performed work and submitted its invoices to ACI-SCC JV. ACI-SCC JV failed to pay Arwand and other subcontractors, and work stopped. The US Army Corps of Engineers termined ACI-SCC JV's contract. Arwand sued ACI-SCC JV and obtained:

1.1  Judgment was entered in favor of Arwand against ACI-SCC JV in the amount of $2,288,962.11, plus interest; and

1.2  The Court ordered that Arwand is the representative to act on the contract W5J9JE-10-D-0017, since ACI-SCC JV has no legal entity to represent its interest.

## BACKGROUND

2    I am Wahid Ahmadi, the business operations manager at Arwand Road and Construction Company. I live in San Diego, California and am authorized by the laws of the United States and Afghanistan to represent the interests of the Arwand, and to act on its behalf concerning outstanding debts and the resolution of claims.

3    I provide the following certification and exhibits in support of the claims of my company. Arwand's attorney is Walt Pennington, California Bar Number 214470, 3302 30th Street, San Diego, California, 92104, +1 (619) 940-6157. I prepared and compiled the exhibits for this Certification and Affidavit, and the information related to this claim.

4    I authorize the contracting officer or contracting officer representative and any person assigned to dispute resolution for this claim to discuss Arwand's claim with Arwand's attorney, Walt Pennington.

5    The Miller Act requires that all US Government contracts have payment protections for subcontractors such as a payment bond for the amount of the subcontractor's contract value. The Miller Act provides protections to subcontractors, such as Arwand, to ensure that subcontractors and material suppliers are paid. For contracts performed outside the United States, the US Army Corps of Engineers is allowed to waive the protections of the Miller Act, and it waived the Miller Act for contract W5J9JE-10-D-0017.

6    After awarding contract W5J9JE-10-D-0017 to ACI-SCC JV, the US Army Corps of Engineers knew that ACI-SCC JV was not paying its subcontractors, including Arwand, and withheld payment and demanded that ACI-SCC JV pay its subcontractors or risk termination for default.

7    Arwand and other subcontractors were promised payments, that were never received, and when it became clear that they would never be paid, Arwand stopped work.

8    ACI-SCC JV persisted in its failure to pay its subcontractors, and the US Army Corps of Engineers terminated ACI-SCC JV's contract for default.

9    ACI-SCC JV is a joint venture owned by ACI-SCC JV LLC and Advanced Constructors International LLC (hereafter "ACI").

10   Advanced Constructors International LLC ("ACI") is a Delaware Limited Liability Company ("LLC") that was organized on February 17, 2009, and its LLC status was canceled on September 23, 2015 (Exhibit 1, pp. 001-2).

11   ACI-SCC JV LLC is a Delaware LLC formed on May 26, 2010, and its LLC status was canceled on May 7, 2015 (Exhibit 2, p. 003-4).

12   ACI-SCC JV is a joint venture formed by ACI and ACI-SCC JV LLC. ACI-SCC JV LLC and ACI-SCC JV was formed for the purpose of bidding on contracts in Afghanistan.

13   The US Army Corps of Engineers requires that bidders and contractors have a Dun and Bradstreet number, also known as a DUNS number.

14   The DUNS Number for Advanced Constructors International LLC was 829701627 (Exhibit 3, p. 005-7).

15   The DUNS Number for ACI-SCC JV is 123456787 (Exhibit 4, p. 008).

16   Between June 25, 2010, and July1, 2011, the US Government awarded multiple task orders to ACI-SCC JV under contract W5J9JE-10-D-0017 (Exhibit 5, pp. 009-10), including task order 0013.

17   Even though ACI-SCC JV's legal authority to bring or maintain a legal action expired on September 23, 2015, it maintained its participation in an administrative case before the Armed Services Board of Contract Appeals, Docket numbers 58222, 58282, 58283 58367, 58370 and 58581 that involved contract W5J9JE-10-D-0017 (Exhibit 6, pp. 011).

18   ACI-SCC JV, and its venture partners ACI-SCC JV LLC and ACI, were all entities located in the State of Delaware and used the business address of 3422 Old Capitol Trail, Suite 556, Wilmington, DE 19808.

19   Arwand sued ACI-SCC JV, ACI-SCC JV LLC and ACI in the US District Court for the District of Delaware, civil 1:16-cv-00317-SLR.

20   To ensure that actual notice was given to ACI-SCC JV, ACI-SCC JV LLC and ACI, the Counsel for the Arwand on June 23, 2016 mailed copies of the Summons and Complaint for ACI-SCC JV and ACI-SCC JV LLC to Dirk Haire, Esquire, ACI-SCC JV's counsel of record in the ASBCA Docket numbers referenced in Exhibit 11 (Exhibit 7, p. 012). Plaintiff's attorney requested that Mr. Haire inform his clients, ACI-SCC JV and ACI-SCC JV LLC that it had been sued.

21   On July 21, 2016, Mr. Haire acknowledged that he received the Plaintiff's documents and returned the documents to counsel for the Plaintiff and stated that he did not represent the Defendants ACI-SCC JV and ACI-SCC JV LLC on the claims in this lawsuit (Exhibit 8, p. 013).

22   ACI-SCC JV venture partner ACI was a party in an administrative case before the Armed Services Board of Contract Appeals, Docket numbers 58604, 58739, 58740, 58741 (Exhibit 9, p. 014). ACI's lead counsel of record was Mr. Richard L. Moorhouse of Greenberg Traurig, McLean, Virginia (Exhibit 14).

23   To ensure notice was given to the Defendants, ACI, ACI-SCC JV LLC and ACI-SCC JV, on June 20, 2016, Plaintiff's counsel mailed a letter and copies of the Summons and Complaint for the three defendants and asked ACI's counsel, Mr. Moorhouse, to notify its client of the suit (Exhibit 10, p.015).

24   Mr. Moorhouse acknowledged that he received the Plaintiff's documents and stated that he did not represent the Defendants ACI, ACI-SCC JV and ACI-SCC JV LLC on the claims in this lawsuit, only on the ASBCA claims (Exhibit 11, p. 016).

25   The US District Court found that ACI-SCC JV had no legal entity through which to operate. The US District Court also found that proper notice had been given to ACI-SCC JV, ACI-SCC JV LLC and ACI (Exhibit 12, p. 017-9).

26   The US District Court found that the damages claimed by Arwand were reasonable, and awarded Arwand $2,288,962.11 USD plus interest at 5.62% per annum after November 9, 2016 against ACI-SCC JV, ACI-SCC JV LLC and ACI for Arwand's work on contract W5J9JE-10-D-0017.

27   The prime contractor, ACI-SCC JV, and its venture partners were given the opportunity to challenge Arwand's claims for damages in the US District Court for the District of Delaware. The Court having heard the testimony and view the exhibits found the damages claimed by Arwand to be reasonable.

28   Having had an independent review by the US District Court, the Contracting Officer should award that amount to Arwand, as reviewed by the US District Court.

29   The US District Court further ordered that all rights of ACI-SCC JV, ACI-SCC JV LLC and ACI "related to contract W5J9JE-10-D-0017 with the United States Government are hereby assigned and transferred to Plaintiff [Arwand], including Defendants' rights to recover Defendant's amounts due, challenge any termination for default, file a Certification of Claim for the benefit of Defendants or Plaintiff, the right to assert subcontractor claims for the benefit of Plaintiff as a subcontractor, all "flow-through" rights, the right to file a Claim arising from the contract in the name of Defendants or Plaintiff, the right to appeal any award or denial of the claim and any ancillary or necessary rights to enforce the assigned rights are hereby transferred from Defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors."

30   Arwand asserts both its "flow-through" claim that it asserts by the Court's authority in the name of ACI-SCC JV, and it further directs the Contracting Officer to pay all funds agreed after September 23, 2015 between the US Government, ACI-SCC JV, ACI-SCC JV LLC and ACI to Arwand, as the legal representative of ACI-SCC JV.

31   Arwand is owed $2,288,962.11 USD plus interest at 5.62% per annum after November 9, 2016 for the work that it completed under the contract.

I hereby certify under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge.

On _____November 11, 2016_____ *I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.*

Signature         e-Signed by Wahid Ahmadi
                on 2016-11-11 05:37:17 GMT _____

Printed Name:     Wahid Ahmadi _____

Title:         Business Operations Manager of Arwand Road and Construction Company _____

# State Of Delaware

Entity Details

6/23/2016   1:23:54AM

File Number: 4656295                   Incorporation Date / Formation Date:  2/17/2009

Entity Name:  ADVANCED CONSTRUCTORS INTERNATIONAL LLC

Entity Kind:  Limited Liability Company          Entity Type:  General

Residency:  Domestic                         State:  DELAWARE

Status:  Cancelled, Failure to appoint a R/A      Status Date:  9/23/2015

**Registered Agent Information**

Name:  UNASSIGNED AGENT

Address:

City:                                      Country:

State:  NullValue                          Postal Code:

Phone:

**Tax Information**

Last AnnualReport Filed:     0              Tax Due:  $ 300

Annual Tax Assessment:     $300            Total Authorized Shares:

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|-----|-------------|-------------|------------------------|-------------|---------------------------|
| 1 | Agent Resignation w/o Apt<BR>9073477 | 1 | 8/24/2015 | 12:48 PM | 8/24/2015 |
| 2 | Amendment | 1 | 3/8/2013 | 10:06 AM | 3/8/2013 |
| 3 | Amendment<BR>SSG, LLC | 1 | 7/15/2009 | 12:13 PM | 7/15/2009 |
| 4 | LLC | 1 | 2/17/2009 | 3:25 PM | 2/17/2009 |



# Delaware

### The First State

<div align="right">Page 1</div>

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF FORMATION
OF "SSG, LLC", WAS RECEIVED AND FILED IN THIS OFFICE THE
SEVENTEENTH DAY OF FEBRUARY, A.D. 2009.

AND I DO HEREBY FURTHER CERTIFY THE SAID "SSG, LLC" FILED A
CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "ADVANCED
CONSTRUCTORS INTERNATIONAL LLC", ON THE FIFTEENTH DAY OF JULY,
A.D. 2009, AT 12:13 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED
LIABILITY COMPANY IS NO LONGER IN EXISTENCE AND GOOD STANDING
UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME FORFEITED
THE TWENTY-THIRD DAY OF SEPTEMBER, A.D. 2015, FOR FAILURE TO
OBTAIN AND DESIGNATE A REGISTERED AGENT.

Jeffrey W. Bullock, Secretary of State

4656295  8425
SR# 20164696698

Authentication: 202705499
Date: 07-22-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

# State Of Delaware

Entity Details

6/23/2016   1:20:22AM

File Number: 4828801

Incorporation Date / Formation Date: 5/26/2010

Entity Name: ACI-SCC JV LLC

Entity Kind: Limited Liability Company

Entity Type: General

Residency: Domestic

State: DELAWARE

Status: Cancelled, Failure to appoint a R/A

Status Date: 5/7/2015

## Registered Agent Information

Name: UNASSIGNED AGENT

Address:

City:

Country:

State: NullValue

Postal Code:

Phone:

## Tax Information

Last AnnualReport Filed:   0

Tax Due: $ 600

Annual Tax Assessment:   $300

Total Authorized Shares:

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Agent Resignation w/o Apt<BR>9030670 | 2 | 4/7/2015 | 2:00 PM | 4/7/2015 |
| 2 | Amendment<BR>ACI-SCC (JV) LLC | 1 | 12/20/2011 | 3:51 PM | 12/20/2011 |
| 3 | Amendment<BR>ACI-SCC LLC | 1 | 12/15/2011 | 3:58 PM | 12/15/2011 |
| 4 | LLC | 1 | 5/26/2010 | 10:18 AM | 5/26/2010 |



# Delaware

**Page 1**

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF FORMATION OF "ACI-SCC LLC", WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SIXTH DAY OF MAY, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THE SAID "ACI-SCC LLC" FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "ACI-SCC (JV) LLC", ON THE FIFTEENTH DAY OF DECEMBER, A.D. 2011, AT 3:58 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THE SAID "ACI-SCC (JV) LLC" FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "ACI-SCC JV LLC", ON THE TWENTIETH DAY OF DECEMBER, A.D. 2011, AT 3:51 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME FORFEITED THE SEVENTH DAY OF MAY, A.D. 2015, FOR FAILURE TO OBTAIN AND DESIGNATE A REGISTERED AGENT.

Jeffrey W. Bullock, Secretary of State

4828801  8425
SR# 20164696699

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202705418
Date: 07-22-16

Type one or more keywords you would like to search on:

VENDOR_DUNS_NUMBER:"829701627"

 





To submit comments, please *click here*

Search took **0.024** seconds

📄 **PDF**   📊 **CSV**   ATOM 0.3

You must click *here* for very important D&B information.

| | | | |
|---|---|---|---|
| **Top 10: Department Full Name** | | | |
| ▸ DEPT OF DEFENSE (15) | | | |

| **Top 10: Contracting Agency Name** |
|---|
| ▸ DEPT OF THE ARMY (15) |

| **Top 10: Vendor Full Name** |
|---|
| ▸ SSG, L.L.C. (8) |
| ▸ ADVANCED CONSTRUCTORS INTERNATIONAL LLC (7) |

| **Top 10: Treasury Account Symbol** |
|---|
| ▸ 212050 (9) |
| ▸ 212010 (2) |
| ▸ 212020000 (1) |

**List Of Contract Actions Matching Your Criteria**

Results **1 - 15** of **15** as of Apr 14, 2016 7:04:25 PM

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | W5J9LE11C0020 ( 0 ) (View) | **Award Type:** | DEFINITIVE CONTRACT |
| **Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Contracting Agency:** | DEPT OF THE ARMY |
| **Date Signed:** | March 31, 2011 | **Action Obligation:** | $56,343,471.56 |
| **Referenced IDV:** | | **Contracting Office:** | W31R ENDIST AFGHANISTAN SOUTH |
| **NAICS (Code):** | COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION ( 236220 ) | **PSC (Code):** | CONSTRUCT/MISC BLDGS ( Y199 ) |
| **Vendor City:** | WILMINGTON | **Vendor DUNS:** | 829701627 |
| **Vendor State:** | DE | **Vendor ZIP:** | 198086124 |
| **Global Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Global DUNS Number:** | 829701627 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | W5J9LE11C0020 ( A00001 ) (View) | **Award Type:** | DEFINITIVE CONTRACT |
| **Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Contracting Agency:** | DEPT OF THE ARMY |
| **Date Signed:** | February 02, 2013 | **Action Obligation:** | $0 |
| **Referenced IDV:** | | **Contracting Office:** | W31R ENDIST AFGHANISTAN SOUTH |
| **NAICS (Code):** | COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION ( 236220 ) | **PSC (Code):** | CONSTRUCT/MISC BLDGS ( Y199 ) |
| **Vendor City:** | WILMINGTON | **Vendor DUNS:** | 829701627 |
| **Vendor State:** | DE | **Vendor ZIP:** | 198086124 |
| **Global Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Global DUNS Number:** | 829701627 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | W5J9LE11C0020 ( P00001 ) (View) | **Award Type:** | DEFINITIVE CONTRACT |
| **Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Contracting Agency:** | DEPT OF THE ARMY |
| **Date Signed:** | November 08, 2011 | **Action Obligation:** | -$1,505.01 |
| **Referenced IDV:** | | **Contracting Office:** | W31R ENDIST AFGHANISTAN SOUTH |
| **NAICS (Code):** | COMMERCIAL AND INSTITUTIONAL BUILDING CONSTRUCTION ( 236220 ) | **PSC (Code):** | CONSTRUCT/MISC BLDGS ( Y199 ) |
| **Vendor City:** | WILMINGTON | **Vendor DUNS:** | 829701627 |
| **Vendor State:** | DE | **Vendor ZIP:** | 198086124 |
| **Global Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Global DUNS Number:** | 829701627 |

| | | | |
|---|---|---|---|
| **Award ID (Mod#):** | W5J9LE11C0020 ( P00002 ) (View) | **Award Type:** | DEFINITIVE CONTRACT |
| **Vendor Name:** | ADVANCED CONSTRUCTORS INTERNATIONAL LLC | **Contracting Agency:** | DEPT OF THE ARMY |
| **Date Signed:** | July 05, 2012 | **Action Obligation:** | $818,685.09 |
| **Referenced IDV:** | | **Contracting Office:** | W31R ENDIST AFGHANISTAN SOUTH |
| | COMMERCIAL AND | | |

**Search Criteria** ❓

To remove the search criteria or a portion of the search criteria click the button next to each search level.

ⓧ Vendor DUNS: "829701627"

**Sort By** ❓

This section allows the user to sort the existing list of contracts by various fields within the contract. For example you can sort the existing list of contracts by Date Signed or Contract Type. Click on the appropriate field to sort By. Only one Sort can be conducted at a time.

**Sort Order:** Descending ▾

Relevance
Contract Type
Agency Code
Agency Full Name
Date Signed
Contracting Agency ID
Contracting Agency Name
Department Full Name
Action Obligation ($)
NAICS
PSC
Vendor State
Vendor ZIP Code
PoP Country Name
PoP State Name
Local Area Set Aside
Treasury Account Symbol
Non-Government Dollars
Contract Fiscal Year

**Recent Searches** ❓

This section maintains a list of recent searches that were performed. Click on the desired search criteria to conduct the search. FPDS-NG maintains the list of searches until the clear link is selected. When you click on Clear all searches are removed.

- ▸ "829701627"
- ▸ "Y199" "829701627"
- ▸ CONTRACTING "DEPT OF THE ARMY" "Y199" "829701627"
- ▸ "236220" CONTRACTING "DEPT OF THE ARMY" "Y199" "829701627"
- ▸ "212050" "236220" CONTRACTING "DEPT OF THE ARMY" "Y199" "829701627"
- ▸ 9700 "212050" "236220" CONTRACTING "DEPT OF THE ARMY" "Y199" "829701627"
- ▸ 0008 9700 "212050" "236220" CONTRACTING "DEPT OF THE ARMY" "Y199" "829701627"
- ▸ 0008 9700 "212050" "236220" CONTRACTING "DEPT OF THE ARMY" DEPARTMENT_FULL_NAME:"DEPT OF DEFENSE"



| Home | Data Reports | Help | Policy |

Home          Search BEGINS ACI-SCC
Search BEGINS ADVANCED CONSTRUCTORS INTERNATIONAL
### Search

Click on the link to see the full list of reports for that contractor entry. Note that because of the variability of search criteria across the various FAPIIS systems, contractor selections will be displayed first if found in FAPIIS itself, then from the Entity Management section of SAM, and finally the Performance Information section of SAM.

Filter Records: _____

| DUNS | CAGE | Company Name |
|---|---|---|
| subHeading | The following records were found in the FAPIIS system for | |
| 829701627 | ADVANCED CONSTRUCTORS INTERNATIONAL | |
| subHeading | No proceedings records were found in the Entity Managen criteria. | |
| subHeading | No exclusions records were found in the Performance Info search criteria. | |

1 to 3 of 3          Showing 10 ▾ per page

First   Previous   1 | Next   Last



Walt Pennington <wpennington@pennfirm.com>

---

# Your Requested D&B D-U-N-S® Number

**no-reply-support@dnb.com** <no-reply-support@dnb.com>                     Sat, Jul 18, 2015 at 8:00 AM
Reply-To: no-reply-support@dnb.com
To: walt.pennington@pennfirm.com



---

Dear Walt Pennington,

The following is the DUNS number for ADVANCED CONSTRUCTORS INTERNATIONAL LLC:

**DUNS number:** 829701627

Check out D&B's full line of credit reports available on this company

We would like to offer you a 10% discount on your next purchase when you purchase more than $100. To take advantage of this discount please apply discount code **dunslookup** at the time of purchase.
*Note : Discount is only applicable to US based reports.*

If you have any problems or questions about your reports, please don't hesitate to call us at (855) 457-1670. We are here to help you with credit information needs i.e., running credit reports on other companies.

---



| Home | Data Reports | Help | Policy |
|------|--------------|------|--------|

Home            Search BEGINS ACI-SCC

## Search

Click on the link to see the full list of reports for that contractor entry. Note that because of the variability of search criteria across the various FAPIIS systems, contractor selections will be displayed first if found in FAPIIS itself, then from the Entity Management section of SAM, and finally the Performance Information section of SAM.

Filter Records: [                    ]

| DUNS | CAGE | Company Name |
|------|------|--------------|
| **subHeading** | | The following records were found in the FAPIIS system for |
| 123456787 | | <u>ACI-SCC (JV)</u> |
| **subHeading** | | No proceedings records were found in the Entity Managen criteria. |
| **subHeading** | | No exclusions records were found in the Performance Info search criteria. |

1 to 3 of 3            Showing [10 ▾] per page

First   Previous   1 │ Next   Last

---

CPARS    PPIRS    System for Award Management (SAM)    Help Desk

Accessibility/Section 508

ACI-SCC JV - Arwand Road and Construction - Contract W5J9JE-10-D-0017 - Exhibit Page 008

Type one or more keywords you would like to search on:

W5J9JE10D0017



[ Go ]  [ Clear ]  [ Advanced Search ]

[ Contracts ]  [ ICD ]  [ Recovery ]

To submit comments, please *click here*

Search took **0.12** seconds

Result Page: *1* 2 3 Next

[ PDF ]  [ CSV ]  [ ATOM 0.3 ]  [ MY YAHOO! ]

You must click here for very important D&B information.

### Top 10: Department Full Name
- DEPT OF DEFENSE (84)

### Top 10: Contracting Agency Name
- DEPT OF THE ARMY (84)

### Top 10: Vendor Full Name
- MISCELLANEOUS FOREIGN CONTRACTORS (84)

### Top 10: Treasury Account Symbol
- 212050 (47)
- 212020 (4)
- 212010 (2)
- 978242000 (2)

## List Of Contract Actions Matching Your Criteria

Results **1 - 30** of **84** as of Nov 7, 2016 3:03:55 AM

| Award ID (Mod#): | 0001 (0) (View) | Award Type: | DELIVERY ORDER |
|---|---|---|---|
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | June 25, 2010 | Action Obligation: | $9,978,000 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W91R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

| Award ID (Mod#): | 0001 (1) (View) | Award Type: | DELIVERY ORDER |
|---|---|---|---|
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | June 29, 2010 | Action Obligation: | $0 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W91R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

| Award ID (Mod#): | 0001 (2) (View) | Award Type: | DELIVERY ORDER |
|---|---|---|---|
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | July 22, 2010 | Action Obligation: | $0 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W91R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

| Award ID (Mod#): | 0001 (3) (View) | Award Type: | DELIVERY ORDER |
|---|---|---|---|
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | August 16, 2012 | Action Obligation: | $0 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W91R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |

### Search Criteria
To remove the criteria or a portion of the search criteria click the button next to each search level.
- (X) W5J9JE10D0017

### Sort By
This section allows the user to sort the existing list of contracts by various fields within the contract. For example you can sort the existing list of contracts by Date Signed or Contract Type. Click on the appropriate field to Sort By. Only one Sort can be conducted at a time.

Sort Order: [ Descending ▼ ]

Relevance
Contract Type
Agency Code
Agency Full Name
Date Signed
Contracting Agency ID
Contracting Agency Name
Department Full Name
Action Obligation ($)
NAICS
PSC
Vendor State
Vendor ZIP Code
PoP Country Name
PoP State Name
Local Area Set Aside
Treasury Account Symbol
Non-Government Dollars
Contract Fiscal Year

### Recent Searches
This section maintains a list of recent searches that were performed. Click on the desired search criteria link to conduct the search. FPDS-NG maintains the list of searches until the clear link is selected. When you click on Clear all searches are removed.
- W5J9JE10D0017
- W5J9JE-10-D-0017
- advanced constructors "W91B4L09C0100"
- advanced constructors
- ACI-SCC
- aci-scc
- aci-scc jv
- W5J9JE10D0017 "0001" "W5J9JE10D0017"
- [Clear]

### Quick Help
1. To begin your Easy Search type in one or more keywords that will be

| | | | |
|---|---|---|---|
| Vendor City: | ARLINGTON | DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

<div style="border:1px solid">

| | | | |
|---|---|---|---|
| Award ID (Mod#): | 0001 ( 4 ) (View) | Award Type: | DELIVERY ORDER |
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | September 11, 2012 | Action Obligation: | $0 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W31R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

</div>

<div style="border:1px solid">

| | | | |
|---|---|---|---|
| Award ID (Mod#): | 0001 ( 5 ) (View) | Award Type: | DELIVERY ORDER |
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | October 17, 2012 | Action Obligation: | $0 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W31R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

</div>

<div style="border:1px solid">

| | | | |
|---|---|---|---|
| Award ID (Mod#): | 0001 ( 6 ) (View) | Award Type: | DELIVERY ORDER |
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | October 20, 2012 | Action Obligation: | $0 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W31R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

</div>

<div style="border:1px solid">

| | | | |
|---|---|---|---|
| Award ID (Mod#): | 0001 ( 7 ) (View) | Award Type: | DELIVERY ORDER |
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |
| Date Signed: | April 22, 2013 | Action Obligation: | $42,188 |
| Referenced IDV: | W5J9JE10D0017 | Contracting Office: | W31R ENDIST AFGHANISTAN SOUTH |
| NAICS (Code): | ALL OTHER SPECIALTY TRADE CONTRACTORS ( 238990 ) | PSC (Code): | CONSTRUCT/MISC BLDGS ( Y199 ) |
| Vendor City: | ARLINGTON | Vendor DUNS: | 123456787 |
| Vendor State: | VA | Vendor ZIP: | 222023732 |
| Global Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Global DUNS Number: | 123456787 |

</div>

<div style="border:1px solid">

| | | | |
|---|---|---|---|
| Award ID (Mod#): | 0001 ( 8 ) (View) | Award Type: | DELIVERY ORDER |
| Vendor Name: | MISCELLANEOUS FOREIGN CONTRACTORS | Contracting Agency: | DEPT OF THE ARMY |

</div>

searched for in the contracts that you would like to find.

2. Click on the **Go** button. A list of contracts will be displayed in the Results page section that matches your search criteria in the Results page section. To remove your search criteria text, click the **Clear** button.

3. You can refine your search by using the four filter boxes on the left side of the screen. You can drill down by Department, Agency, Vendor and Vendor State. The information in each filter box is displayed in descending order. Only top 10 results will be displayed. We can further drill down on a Department or Vendor State. Click on the appropriate link in each filter box. Your results will be displayed in the Results Page section.

4. Clicking on the links inside the documents allows you to further refine your search and drill down to specific information. For example by clicking on a specific PSC Code you will only see contracts for that PSC Code.

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| ACI-SCC JV | ) | ASBCA Nos. 58222, 58282, 58283 |
| | ) | 58367, 58370, 58581 |
| Under Contract Nos. W5J9JE-10-D-0017 | ) | |
| W5J9LE-11-C-0001 | ) | |

APPEARANCES FOR THE APPELLANT:    Dirk Haire, Esq.
Jessica Haire, Esq.
Sean Milani, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Middle East
  Winchester, VA

<u>ORDER OF DISMISSAL</u>

The appeals have been settled.  Accordingly, they are dismissed from the Board's docket with prejudice.

Dated:  19 April 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58222, 58282, 58283, 58367, 58370, 58581, Appeals of ACI-SCC JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

PENNINGTON LAW FIRM
3302 30TH STREET
SAN DIEGO, CA 92104-4535
(619) 940-6157
PENNFIRM.COM

June 23, 2016

USPS 9405 8036 9930 0267 7255 00

Dirk Haire, Esq.
Fox Rothschild LLP
1030 15th Street, NW
Suite 380 East
Washington DC 20005

Re:   US District Court for the District of Delaware
      Civil 1:16-cv-00317-SLR
      Arwand Road and Construction Company v. ACI-SCC JV, et. al.

Dear Mr. Haire:

The Armed Services Board of Contract Appeals shows that you are the lead attorney for ACI-SCC JV concerning Docket numbers 58222, 58282, 58283, 58367,58370 and 58581. My client, Arwand Road and Construction Company, has sued your client ACI-SCC JV and ACI-SCC JV, LLC.

The Delaware entities, ACI-SCC JV LLC and Advanced Constructors International LLC, do not have resident agents to serve ACI-SCC JV.. My client has served the Secretary of State as required by Delaware law. I have attached the Summons and Complaint for the ACI-SCC JV and ACI-SCC JV LLC and request that you forward the documents to your client and notify it of the Delaware case.

My intent is to inform the court that my client took all reasonable steps to provide both constructive and actual notice to the Defendants. If an answer is not filed, my client intends to request a default judgment.

Thank you for your time and assistance.

Sincerely,

Walt Pennington
wpennington@pennfirm.com

Enclosures



**Fox Rothschild** LLP
ATTORNEYS AT LAW

The Executive Building
1030 15th Street, N.W., Suite 380 East
Washington, DC 20005
Tel 202.461.3100  Fax 202.461.3102
www.foxrothschild.com

DIRK HAIRE
Direct Dial: 202-461-3114
Email Address: DHaire@FoxRothschild.com

July 21, 2016

**VIA FEDEX**

Walt Pennington
Pennington Law Firm
3302 30th Street
San Diego, CA 92104

Re:     **ACI-SCC JV: Arwand Road And Construction Company Complaint**

Dear Mr. Pennington:

I am in receipt of your correspondence dated June 23, 2016 in connection with Arwand Road and Construction Company v. ACI-SCC JV et. al.; Case No. 1:16-cv-00317-SLR. Please be advised that Fox Rothschild LLP does not represent ACI-SCC JV in connection with the case you reference and we are unable to accept service in connection therewith.

Very truly yours,

Dirk Haire

A Pennsylvania Limited Liability Partnership

California     Colorado     Connecticut     Delaware     District of Columbia

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Advanced Constructors International, LLC ) | ASBCA Nos. 58604, 58739, 58740, 58741 |
| ) | |
| Under Contract No. W5J9LE-11-C-0020 ) | |

APPEARANCES FOR THE APPELLANT:       Richard L. Moorhouse, Esq.
                                      John D. Altenburg, Esq.
                                      Ryan C. Bradel, Esq.
                                        Greenberg Traurig, LLP
                                      McLean, VA

APPEARANCES FOR THE GOVERNMENT:       Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                      James D. Stephens, Esq.
                                      Tania Wang, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Middle East
                                      Winchester, VA

<u>ORDER OF DISMISSAL</u>

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  8 October 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58604, 58739, 58740, 58741, Appeals of Advanced Constructors International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

PENNINGTON LAW FIRM
3302 30TH STREET
SAN DIEGO, CA 92104-4535
(619) 940-6157
PENNFIRM.COM

June 20, 2016

USPS 9405 8036 9930 0265 6367 85

Richard L. Moorhouse, Esq.
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1200
McLean, VA  22102

Re:   US District Court for the District of Delaware
Civil 1:16-cv-00317-SLR
Arwand Road and Construction Company v. ACI-SCC JV, et. al.

Dear Mr. Moorhouse:

The Armed Services Board of Contract Appeals shows that you are the lead attorney for Advanced Constructors International LLC for Docket numbers 58604, 58739, 58740 and 58741. My client, Arwand Road and Construction Company, has sued your client Advanced Constructors International LLC and its joint venture companies ACI-SCC JV and ACI-SCC JV LLC. Advanced Constructors International LLC and ACI-SCC JV LLC are not in good standing with the State of Delaware and neither has an agent for service of process with the Delaware Secretary of State. My client has served the Secretary of State as required by Delaware law. I have attached the Summons and Complaint for the three defendants, and request that you forward the documents to your client.

My client intends to request a default judgment if an answer is not filed. My intent is to inform the court that my client took all reasonable steps to provide both constructive and actual notice to the Defendants. I would appreciate you forwarding the enclosed documents to your client.

Thank you for your time and assistance.

Sincerely,

Walt Pennington
wpennington@pennfirm.com

Enclosures



Richard Moorhouse
Tel 703.749.1300
Fax 703.749.1301
moorhouser@gtlaw.com

June 24, 2016

**VIA PRIORITY OVERNIGHT FEDERAL EXPRESS**
Walt Pennington
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535

      Re:    US District Court for the District of Delaware
              Civil 1:16-cv-00317-SLR
              Arwand Road and Construction Company v. ACI-SCC JV, et al.

Dear Mr. Pennington:

Per our exchange of communications via voice mail, this confirms that Greenberg Traurig, LLP does not represent ACI-SCC JCV, ACI-SCC JV LLC, or Soufiany Construction Company ("SCC").

Greenberg Traurig has only represented Advanced Constructors International, LLC ("ACI") with respect to matters before the Armed Services Board of Contract Appeals ("ASBCA") as you referenced in your cover letter of June 20, 2016.

In accordance with your instructions, I am returning via priority overnight Federal Express the subpoenas you had sent to me.

Please contact me if you have any questions.

              Sincerely,

              Richard L. Moorhouse

Enclosures

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ARWAND ROAD AND CONSTRUCTION
COMPANY )
     Plaintiff, )
)
vs. )    Civil 1:16-cv-00317-SLR
)
ACI-SCC JV, et. al. )
     Defendants. )
)

## ORDER OF JUDGMENT PURSUANT TO RULE 55

The defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC, failed to plead or otherwise defend in this action, and on August 2, 2016, default was entered against Defendants.

On November 9, 2016 a hearing was held on the Plaintiff's Motion for Entry of Judgement, and the court reviewed the complaint, service on defendants and Plaintiff's affidavit in support of judgment.

IT IS HEREBY,

FOUND, that the net amount due to the Plaintiff for work invoiced, but not paid is **$772,158.10** ($994,761.10 - $222,603.00).

FOUND, that Arwand completed an additional 15.55% of other work under its contracts with Defendants, that was not invoiced, because the Defendants were not responding to any communication. That work had an agreed contractual value of **$328,231.48 USD**.

FOUND, that Arwand purchased materials and for the project and provided labor and incurred overhead costs in pursuit of work that was underway, but was not part of the invoiced or approved work previously listed above. Arwand supplied materials including rebar and concrete, incurred rental costs for heavy machinery equipment, incurred demobilization costs and transportation costs for its

ORDER OF JUDGMENT PURSUANT TO RULE 55
ACI-SCC JV - Arwand Road and Construction - Contract W5J9JE-10-D-0017 - Exhibit Page 017

laborers. Arwand incurred labor costs on the project and administrative costs related to its claim in a total amount of **$240,850.00 USD**. Under the terms of the parties contract and the Federal Acquisition Regulations, Arwand is entitled to a reasonable profit on the terminated part of its work. Arwand seeks a reasonable profit at 20%, which equals **$48,170.00 USD**, of the amounts related to materials and labor for work that was not approved or invoiced.

FOUND, that the claim of the Plaintiff, Arwand Road and Construction Company against the Defendants ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC is for the principal sum of **$1,389,409.58 USD ($772,158.10** + **$328,231.48** + **$240,850.00** + **$48,170.00).**

FOUND, that Plaintiff is entitled to pre-judgment interest on the amounts due from October 7, 2012 at the rate of 5.75% (5 percent over the current federal discount rated as of October 2012), calculated as:

$319,564.20   ([1,389,409.58 * 5.75% x 4 years (Oct 7, 2012 to October 6, 2016)]

$   7,223.03   [1,389,409.58 * 5.75% x 33 days / 365 days (Oct 7 to Nov 9, 2016)]).

**$326,787.23** Total Pre-Judgment Interest

FOUND, that paragraph 22 of the Parties contract of July 26, 2011, provides for attorney's fees and that attorney's fees in the amount of 33.333% are added as costs to the judgment in the amount of **$572,065.60** ([$1,389,409.58 + $326,787.23] x 33.333%).

IT IS HEREBY ORDERED,

That JUDGMENT be entered in favor of the Plaintiff, Arwand Road and Construction Company, against Defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC in the following amounts:

**$2,288,262.11** ($1,389,409.58 USD + $326,787.23 + $572,065.60)

ORDER OF JUDGMENT PURSUANT TO RULE 55
ACI-SCC JV - Arwand Road and Construction - Contract W5J9JE-10-D-0017 - Exhibit Page 018

**$700.00** in costs that includes the court filing fee of $400.00 plus $50 for service fee demanded by the Delaware Secretary of State for each of the six documents (summons and complaint and supplemental service), for a total of $300.00.

Post-judgment interest at the legal rate of 5.62%

IT IS FURTHER ORDERED, that all Defendants' rights related to contract W5J9JE-10-D-0017 with the United States Government are hereby assigned and transferred to Plaintiff, including Defendants' rights to recover Defendant's amounts due, challenge any termination for default, file a Certification of Claim for the benefit of Defendants or Plaintiff, the right to assert subcontractor claims for the benefit of Plaintiff as a subcontractor, all "flow-through" rights, the right to file a Claim arising from the contract in the name of Defendants or Plaintiff, the right to appeal any award or denial of the claim and any ancillary or necessary rights to enforce the assigned rights are hereby transferred from Defendants, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors

Date _____November 9_____, 2016



_____
Honorable Sue L. Robinson
Judge
United States District Court for the District of Delaware

ORDER OF JUDGMENT PURSUANT TO RULE 55
ACI-SCC JV - Arwand Road and Construction - Contract W5J9JE-10-D-0017 - Exhibit Page 019