# Exhibit 24

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- ) | |
| ) | |
| ACI-SCC JV ) | ASBCA No. 61023-977 |
| ) | |
| Under Contract No. W5J9JE-10-D-0017 ) | |

| | |
|---|---|
| APPEARANCE FOR THE PETITIONER: | Walt Pennington, Esq.<br>Pennington Law Firm<br>San Diego, CA |
| APPEARANCES FOR THE GOVERNMENT: | Thomas H. Gourlay, Jr., Esq.<br>Engineer Chief Trial Attorney<br>James D. Stephens, Esq.<br>Engineer Trial Attorney<br>U.S. Army Engineer District, Middle East<br>Winchester, VA |

## DISMISSAL ORDER

The attorney for ACI-SCC JV, for the benefit of its subcontractor Arwand Road and Construction Company, filed a request pursuant to Rule 1(a)(5) and 41 U.S.C. § 7103(f)(4) for an order directing the contracting officer to render a decision on a 11 November 2016 claim. By motion dated 29 March 2017, the petitioner moved to dismiss the petition without prejudice. The government does not oppose the motion.

Accordingly, the Board dismisses the petition.

Dated: 27 April 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA 61023-977, Petition of ACI-SCC JV, rendered in conformance with the Board's Charter.

Dated: **APR 2 7 2017**

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2