# Exhibit 25

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| ARWAND ROAD AND CONSTRUCTION COMPANY<br>    Petitioner,<br><br>vs.<br><br>ACI-SCC JV, et. al.<br>    Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action Number 2017-0097 |
|---|---|---|

### ORDER FOR ENTRY OF DEFAULT AN D JUDGMENT APPOINTING TRUSTEE FOR JUDGMENT DEBTORS PURSUANT TO 6 DELAWARE CODE § 18-805

Arwand Road and Construction Company petitioned this court for an order appointing it as Trustee over Respondents and Judgment Debtors ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC pursuant to 6 Del. Code § 18-805 and the law of equity. This Court has considered the Petition and any response documents.

IT IS HEREBY,

FOUND, that the Petitioner, Arwand Road and Construction Company served the Respondents, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC ("Judgment Debtors") with a copy of the Summons and Complaint on March 2, 2017.

FOUND, that the fact of service and a failure to plead was made to this Court pursuant to Rule 55 (b).

FOUND, that more than 20 days have passed since service of the Petition.

Page 1 of 5

ORDER APPOINTING A TRUSTEE FOR JUDGMENT DEBTORS

FOUND, that all of the Respondents are legal entities and that none of the Respondents are minors or are legally incapacitated.

FOUND, that the Judgment Debtors have not filed a response to the Petition, have not entered an appearance, have not appeared before this court.

ORDERED, that the Respondents, ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC are in DEFAULT for a failure to plead or answer the Petition within the time provided by the Rules of this Court and the law of the State of Delaware.

FOUND, that the Petitioner, Arwand Road and Construction Company obtained a judgment in its favor in the U.S. District Court for the District of Delaware against ACI-SCC JV, ACI-SCC JV LLC and Advanced Constructors International LLC, jointly and severally that has not been satisfied.

FOUND, that petitioner has produced sufficient evidence that the Delaware Secretary of State determined that the Judgment Debtor, ACI-SCC JV LLC, was no longer in existence and good standing under the laws of the State of Delaware having become forfeited on the seventh day of May, A.D. 2015 for failure to obtain and designate a registered agent.

FOUND, that petitioner has produced sufficient evidence that the Delaware Secretary of State determined that the Judgment Debtor, Advanced Constructors International LLC, was no longer in existence and good standing under the laws of the

ORDER APPOINTING A TRUSTEE FOR JUDGMENT DEBTORS

State of Delaware having become forfeited on the twenty-third day of September, A.D. 2015 for failure to obtain and designate a registered agent.

FOUND, that the Judgment Debtor, ACI-SCC JV, has no entity authorized to transact business on its behalf, and that all entities authorized to act for the joint venture were no longer in existence and good standing under the laws of the State of Delaware having become forfeited.

IT IS HEREBY ORDERED that the Petitioner, Arwand Road and Construction Company ("Judgment Creditor"), is hereby appointed as Trustee over Judgment Debtors, ACI-SCC JV LLC and Advanced Constructors International LLC pursuant to 6 Del. Code § 18-805.

ORDERED that the Judgment Creditor, Arwand Road and Construction Company, is hereby appointed as Trustee over Judgment Debtor, ACI-SCC JV, as a result of its legal owner being a Delaware limited liability company whose certificate of formation has been canceled or forfeited.

ORDERED that that the Trustee, Arwand Road and Construction Company, is hereby authorized to take charge of the Judgment Debtors' property, collect the debts and property due and belonging to the limited liability company or entity, has the power to prosecute and defend, in the name of the Judgment Debtors, or otherwise, all such suits as may be necessary or proper for the purposes aforesaid, and to appoint an agent or agents under them, and to do all other acts which might be done by the limited

liability company or entity, that may be necessary for the final settlement of the unfinished business of the limited liability company.

IT IS HEREBY FOUND, that the Judgment Creditor, Arwand, alleges that the Judgment Debtors had contracts with the United States Government. 41 USC § 15 governs the assignment of claims of prime contractors to the United States Government.

"The Assignment of Claims Act's bar against voluntary assignments to other than financing institutions and is intended to prevent the government from having to deal with multiple parties; prevent the possible multiple payment of claims; make unnecessary the investigation of alleged assignments; enable the government to deal exclusively with the original contractor; and preserve for the government those defenses against claims that might not apply against an assignee." *Matter of: Sanco Leasing Corp.* B244992.2 (November 16, 1993).

It is ORDERED, that this order appointing a Trustee should be interpreted to grant the Judgment Creditor, Arwand Road and Construction Company, those rights necessary to act on behalf of the Judgment Debtors, and that the Judgment Creditor is appointed for the purpose of preventing the government from having to deal with multiple parties; preventing the possible multiple payment of claims; making unnecessary the investigation of alleged assignments; enabling the government to deal exclusively with the original contractor; and preserving for the government those defenses against claims that might not apply against an assignee. This order should also

ORDER APPOINTING A TRUSTEE FOR JUDGMENT DEBTORS

be interpreted so that the powers granted are in conformity with the Assignment of Claims Act.

It is ORDERED that all contract and agreements of the Judgment Debtors, ACI-SCC JV and ACI-SCC JV LLC that existed or were created after May 7, 2015, other than those entered into by the Trustee, Arwand Road and Construction Company, are hereby void and unenforceable.

It is ORDERED that all contract and agreements of the Judgment Debtor, Advanced Constructors International LLC, that existed or were created after September 23, 2015, other than those entered into by the Trustee, Arwand Road and Construction Company, are hereby void and unenforceable.

ORDERED, that the powers of the Trustee shall continue until an order of the Court of Chancery terminates such appointment or until the Judgment is satisfied, whichever is earlier.

Date: July 14, 2017

_____
Vice Chancellor Montgomery-Reeves